REDACTED COPY



# REDACTED

## FILED UNDER SEAL PURSUANT TO THE E-GOVERNMENT ACT OF 2002
## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

4:13MJ185

I, Paula S. Barrows, being first duly sworn state:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the Norfolk Division, Peninsula Resident Agency, Newport News, Virginia. I have been so employed since May 1995. As part of my daily duties as an FBI Agent, I investigate criminal violations relating to child exploitation and child pornography. I have received training in the area of child pornography, online child enticement, and child exploitation.

2. This affidavit supports an application for a criminal complaint charging ROBERT J. JONES with: Title 18, United States Code (U.S.C.) Section 2252A (a)(2), which prohibits a person from knowingly, distributing, receiving, and possessing of child pornography.

## FACTS AND CIRCUMSTANCES

3. This affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that ROBERT J. JONES has committed a violation of Title 18 U.S.C. Section 2252A (a)(2).

## STATUTORY AUTHORITY

4. This investigation concerns an alleged violation of Title 18, United States Code, Section 2252A (a)(2) regarding certain activities relating to material constituting or containing child pornography, Title 18, United States Code, Section 2252A (a)(2) states: Any person who knowingly receives or distributes any child pornography that has been mailed, or using any means or facility of interstate commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

5. The terms "minor" and "sexually explicit conduct" are defined as "any person under the age of eighteen years." The term "sexually explicit conduct" means actual or simulated:

   a. Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

   b. Bestiality;

   c. Masturbation

   d. Sadistic or masochistic abuse; or

   e. Lascivious exhibition of the genitals or pubic area of any person.

6. The term "computer" as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

## BACKGROUND OF INVESTIGATION

7. From July 24, 2013 through July 26, 2013, Task Force Agent (TFA) Dinah Balthis, of the Newport News Police Department, operating in a Joint Task Force

Undercover Operation under the direction and control of the Norfolk, Virginia, Office of the FBI, accessed the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and located a computer operating at IP Address 70.174.113.189, sharing files of which have been previously identified as videos of child pornography based upon their Secure Hash Algorithm (SHA1) value. TFA Balthis executed a successful browse user command for the individual using IP address 70.174.113.189 and successfully downloaded 12 files from the computer which depicted child pornography.

8. On July 24, 2013, the defendant distributed five (5) videos of child pornography. Your affiant reviewed the videos successfully downloaded on July 24, 2013, by TFA Balthis from IP address 70.174.113.189 which depicted the following:

   a. A movie file named, "(pthc webcam – 5y & 11y daughters show yours (1)[1](2)58.avi", approximately twenty-three minutes in length, depicting genital-anal intercourse, oral-genital intercourse and genital-genital intercourse between an adult male and a prepubescent female;

   b. A movie file named, "(pthc) (liluplanet)(lordofthering) vera full.mpg", approximately twenty-three minutes in length, depicting oral-genital intercourse and genital-anal intercourse between an adult male and a prepubescent female;

   c. A movie file named, "(pthc) ho with 12 yo.avi", approximately thirteen minutes in length depicting genital-genital intercourse and genital-anal intercourse between an adult male and a prepubescent female;

   d. A movie file named, "(pthc) vicky – cum compilation with janesa, alina, alegre – 10m346.mpg", approximately ten minutes in length

depicting three prepubescent females engaging in oral-genital intercourse with adult males; and

e. A movie file named, "!!!suertuudoo.avi", approximately fourteen minutes in length depicting a male under the age of eighteen engaging in oral-genital intercourse with an adult female.

9. On July 29, 2013, your affiant served an administrative subpoena on Cox Communications for information related to IP Address 70.174.113.189 during the time frame of the downloads mentioned in paragraph 8. Cox Communications identified the customer as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The records further indicated that the account had been active since April 28, 2012.

10. On September 4, 2013, your affiant conducted surveillance at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. During surveillance, your affiant observed a blue pickup truck with Ohio registration DQZ 9394 parked in a parking space marked "▮" at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. A check with Ohio DMV showed that Ohio registration DQZ 9394 was registered to ROBERT JONES, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, to a 1984 blue GMC pickup truck.

11. On September 4, 2013, your affiant interviewed the Community Manager of Abbitt Management responsible for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Virginia, regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The Community Manager advised that ▮▮▮▮▮▮▮▮▮▮ moved into ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, on July 28, 2010. In April of 2012, the father of ▮▮▮▮▮, ROBERT JONES, moved into ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, with ▮▮▮▮▮▮▮▮▮▮ to assist them in taking care of their infant daughter. In July of 2013, ▮▮▮▮▮ moved out of ▮▮▮▮▮▮▮▮▮▮

██████████████████████████, leaving ROBERT JONES and ███████████ with her daughter who is approximately one year of age.

12. On September 9, 2013, your affiant obtained a federal search warrant for the residence at ████████████████████████████████████, signed by United States Magistrate Judge Douglas E. Miller, U.S. District Court, Eastern District of Virginia.

13. On September 10, 2013, the Norfolk FBI executed a federal search warrant mentioned in paragraph 12 at ████████████████████████████████. During the execution of the search warrant, JONES admitted to obtaining child pornography using the file sharing program Ares. JONES configured ████ so the downloaded child pornography would be saved on an external hard drive and not on his computer. JONES stated he collected child pornography in an effort to maintain some sort of sex life. JONES indicated his preference to be videos of females between the ages of 13 to 23 years of age. JONES was cognizant of the law and that child pornography involved children under the age of eighteen engaging in sex acts, however, JONES did not feel it was wrong to view pornography of children over the age of thirteen. JONES stated he had been viewing child pornography for five years and uses the search terms, "13yo", "14yo", "15yo", "pthc", and "lolita" to find videos of child pornography.

14. On or about September 26, 2013, Department of Justice Forensic Examiner, R. E. Jones completed forensic analysis on the electronic media seized from ████████████ ████████████████████ Located on a desktop computer found in the bedroom of JONES was the ████████████████████. In addition, on an external hard drive found in the bedroom of JONES was 221 pictures considered to be child pornography and 324 movies considered to depict child pornography.

## CONCLUSION

15. Based upon the facts set forth above, I submit that probable cause exists to believe that ROBERT J. JONES has violated Title 18, United States Code, Section 2252A(a)(2), which prohibits the knowing receipt and distribution of child pornography (and any visual depictions of and involving the use of a minor engaging in sexually explicit conduct) that has been mailed, or using any means or facility of interstate commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

FURTHER YOUR AFFIANT SAYETH NOT.

```
_____
Paula S. Barrows
Special Agent, Federal Bureau of Investigation
Newport News, Virginia
```

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Lisa R. McKeel.

Reviewed: _____
Lisa R. McKeel
Assistant United States Attorney

Subscribed and sworn to before me this _____ day of November 2013, in the City of Newport News, Virginia.

_____

UNITED STATES MAGISTRATE JUDGE